ASHTON R. WATKINS   SBN: 235310
**LAW OFFICES OF ASHTON R. WATKINS**
Figueroa Tower Building
660 S. Figueroa Street, Suite 1960
Los Angeles, California 90017
Telephone:   (310) 855-3904
Facsimile:   (310) 943-3896
ashton@watkinslawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT

| | |
|---|---|
| BYRON WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; KERN COUNTY DISTRICT ATTORNEY'S OFFICE; LISA WEDEKING-WHITE; SANTOS LUEVANO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.**: 1:21-CV-01077-AWI-JLT<br><br>**RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE**<br><br>**HEARING**<br>Date:   August 23, 2021<br>Time:   1:30 p.m.<br>Dept:   2<br><br>Before the Honorable Anthony W. Ishi |

Plaintiff Byron Willis ("Plaintiff" or "Mr. Willis") concedes that he failed to plead certain allegations in his complaint (e.g., that he complied with the Tort Claims Act or should be excused from it). As such, he requests that this Court grant him leave to file an amended complaint. Fed. R. Civ. P. 15; *Inman v Anderson*, 294 F. Supp. 3d 907 (2018)

Mr. Willis can allege that he complied with the Tort Claims Act and, to the extent that he did not, Mr. Willis, acting through counsel, filed a petition for relief from the government claims requirement and it was pending at the time Defendants removed this

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE**

matter to federal court. Mr. Willis can set forth additional facts to support each of the causes of action against the Defendants.

DATED: August 9, 2021.   Respectfully submitted,

**LAW OFFICES OF ASHTON R. WATKINS**

By: *Ashton Watkins*
ASHTON R. WATKINS
Attorney for Plaintiff

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE**