UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON WILLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, ET AL.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01077-CDB<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST TO SEAL<br><br>(Doc. 56) |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendants' Notice and Request to Seal, filed and emailed to the undersigned's chambers on August 11, 2023 (Doc. 56), IT IS HEREBY ORDERED that Exhibit 1 to evidence filed in support of Defendants' motion for summary judgment, shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendants' Notice and Request, sealing Exhibit 1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendants would be harmed. In light of the public filing of Defendants' Notice and Request and redacted Exhibit 1(Doc. 56), the Court further finds that there are no additional alternatives to sealing the Supplement that would adequately protect the compelling interests identified by Defendants.

1    ACCORDINGLY, Defendants' application to file Exhibit 1 under seal is GRANTED, and
2 the Clerk of Court is DIRECTED to seal Exhibit 1.
3    The Court separately will transmit Exhibit 1 to the Clerk of Court for sealed filing.
4 IT IS SO ORDERED.

Dated:   **August 11, 2023**

_____
UNITED STATES MAGISTRATE JUDGE