## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                              **JUDGMENT IN A CIVIL CASE**

**BYRON WILLIS,**

                              CASE NO: **1:21–CV–01077–CDB**

        v.

**CITY OF BAKERSFIELD, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/15/2024**

                                                      **Keith Holland**
                                                      Clerk of Court

ENTERED: **April 15, 2024**

                                          by: /s/ C. Marrujo
                                                      Deputy Clerk